UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re                                                              No. C-12-0898 EMC (pr)

GARY HINES,

        Plaintiff.                                **ORDER OF DISMISSAL**

_____/

        This action was opened on February 23, 2012, when the Court received from Gary Hines a letter copied to Judge Henderson that concerned his medical care in prison. On that date, the Court notified Mr. Hines in writing that his action was deficient in that he had not attached a complaint and had not filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a complaint within thirty days. Mr. Hines then sent to the Court a letter asking that the action be dismissed, as he wanted to have his letter filed in the *Plata* action and did not want to commence a separate action. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file. No filing fee is due.

        IT IS SO ORDERED.

Dated: May 18, 2012

                                                                           _____
                                                                           EDWARD M. CHEN
                                                                           United States District Judge